UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA REUTTER, individually and as Trustee of the KIRK REUTTER FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY; OMNICARE, INC.; CVSHEALTH; UNUM LIFE INSURANCE COMPANY OF AMERICA; THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No.: 2:18-cv-07492-FMO-PLAx<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Assigned to Hon. Fernando M. Olguin |

1  **ORDER**

2  Having considered the papers, and finding that good cause exists, the Parties
3  Stipulated Protective Order is granted.

4  **IT IS SO ORDERED.**

7  DATED: May 26, 2020

*/s/ Paul L. Abrams*

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

---

1
ORDER RE STIPULATED PROTECTIVE ORDER

162815.1